# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** | 26-2892

**Case Name** | Winston & Strawn, LLP v. Apple Inc.

**Counsel submitting this form** | Jeffrey Wilkerson

**Represented party/parties** | Winston & Strawn, LLP

*Briefly describe the dispute that gave rise to this lawsuit.*

Appellant Winston & Strawn represented Musi Inc. in a civil action against Apple Inc. for breach of contract and breach of the implied covenant of good faith and fair dealing after Apple removed Musi's mobile software application from the Apple App Store. Once Apple moved to dismiss Musi's complaint, the district court granted leave to file an amended complaint after limited discovery. Winston & Strawn ultimately filed Musi's First Amended Complaint, updated with factual information learned through that discovery. Apple moved to dismiss that complaint and filed for Rule 11 Sanctions, claiming that Musi (and Winston & Strawn, as counsel) misrepresented several factual allegations.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**        *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The district court granted Apple's motion to dismiss. It also granted sanctions against Musi and Winston & Strawn relating to one of the three allegations challenged by Apple.

The main issue on appeal is whether the district court properly sanctioned Winston & Strawn for alleging that Apple knew it was relying on false evidence provided by a third party to justify removing the Musi app, based on evidence obtained during discovery.

Winston & Strawn believes this matter is very unlikely be resolved through mediation. Winston & Strawn is challenging the district court's grant of sanctions, which could not be withdrawn without the approval of the district court.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no proceedings remaining below and no proceedings related to this matter in other tribunals.

**Signature** s/Jeffrey Wilkerson                **Date** 05/11/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

2