**No. 26-2892**

***In the***

# United States Court of Appeals

***for the***

# Ninth Circuit

---

WINSTON TAYLOR LLP,

*Appellant*,

– v. –

APPLE INC.,

*Defendant-Appellee.*

---

On appeal from a final judgment of the
United States District Court for the Northern District of California
Case No. 5:24-cv-6920 (District Judge Eumi K. Lee)

---

**APPELLANT'S EXCERPTS OF RECORD**
**INDEX VOLUME**

---

JEFF WILKERSON
*Winston Taylor LLP*
*300 S. Tryon Street*
*Charlotte, NC 28202*
*(704) 350-7700*

MICHAEL B. KIMBERLY
*Winston Taylor LLP*
*1901 L Street NW*
*Washington, DC 20036*
*(202) 282-5000*

*Counsel for Appellant*
*Winston Taylor LLP*

## INDEX



| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 OF 3** | | | |
| Stipulation and Order for Entry of Agreed Upon Amount of Fee and Expense Award and Stay of Award Pending Appeal | 04/15/2026 | 100 | 2-5 |
| Judgment | 04/01/2026 | 98 | 6 |
| Order Granting in Part Motion for Rule 11 Sanctions | 03/16/2026 | 97 | 7-17 |
| **VOLUME 2 OF 3** | | | |
| Order Granting Motion to Dismiss | 03/16/2026 | 96 | 19-36 |
| Excerpts From Transcript of Proceedings Before the Honorable Eumi K. Lee; July 30, 2025 Hearing on Apple's Motion for Sanctions | 07/31/2025 | 95 | 37-40 |
| Excerpts from Exhibit 3 to Declaration of Jennifer A. Golinveaux in Support of Plaintiff Musi Inc.'s Opposition to Motion for Sanction Brought by Apple Inc. - March 7, 2025 Deposition of Arun Singh | 05/22/2025 | 86-4 | 41-55 |
| Exhibit 4 to Declaration of Jennifer A. Golinveaux in Support of Plaintiff Musi Inc.'s Opposition to Motion for Sanctions Brought by Apple Inc.; and Cross Motion for Sanctions Against Apple Inc.; email thread between Apple's Arun Singh and YouTube's Kelvin Paulino between June 12, 2024, and July 15, 2024, produced by Apple in this litigation at Bates nos. APL-MUSI_00017875–APL-MUSI_00017880 | 05/22/2025 | 86-5 | 56-62 |
| Exhibit 5 to Declaration of Jennifer A. Golinveaux in Support of Plaintiff Musi Inc.'s Opposition to Motion for Sanctions Brought by Apple Inc.; and Cross Motion for Sanctions Against Apple Inc.; email sent by Apple's Arun Singh to YouTube's Kelvin Paulino on July 17, 2024, produced by Apple in this litigation at Bates nos. APL-MUSI_00017794–APL-MUSI_00017800 | 05/22/2025 | 86-6 | 63-70 |
| Exhibit 6 to Declaration of Jennifer A. Golinveaux in Support of Plaintiff Musi Inc.'s Opposition to Motion for Sanctions Brought by Apple Inc.; and Cross Motion for Sanctions Against Apple Inc.; Arun Singh's | 05/22/2025 | 86-7 | 71-72 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| contemporaneous notes reflecting a July 15, 2024 call between Apple and YouTube, produced by Apple in this litigation at Bates no. APL-MUSI_00036854 | | | |
| Excerpts from Exhibit 7 to Declaration of Jennifer A. Golinveaux in Support of Plaintiff Musi Inc.'s Opposition to Motion for Sanctions Brought by Apple Inc.; and Cross Motion for Sanctions Against Apple Inc. - March 5, 2025 Deposition of Veronica Evan-Karimian | 05/22/2025 | 86-8 | 73-78 |
| Exhibit 10 to Declaration of Jennifer A. Golinveaux in Support of Plaintiff Musi Inc.'s Opposition to Motion for Sanction Brought by Apple Inc.; and Cross Motion for Sanctions Against Apple Inc.; emails between Sony Music's Jeff Walker and Apple's Elizabeth Miles on October 2, 2024, produced by Apple in this litigation at Bates nos. APL-MUSI_00018119 – APL-MUSI_00018120. | 05/22/2025 | 86-11 | 79-81 |
| Exhibit 4 to Declaration of Jennifer A. Golinveaux in Support of Plaintiff Musi Inc.'s Opposition to Motion for Sanctions Brought by Apple Inc.; and Cross Motion for Sanctions Against Apple Inc.; email thread between Apple's Arun Singh and YouTube's Kelvin Paulino between June 12, 2024, and July 15, 2024, produced by Apple in this litigation at Bates nos. APL-MUSI_00017875–APL-MUSI_00017880 | 05/19/2025 | 84-5 | 82-88 |
| Exhibit 5 to Declaration of Jennifer A. Golinveaux in Support of Plaintiff Musi Inc.'s Opposition to Motion for Sanctions Brought by Apple Inc.; and Cross Motion for Sanctions Against Apple Inc.; email sent by Apple's Arun Singh to YouTube's Kelvin Paulino on July 17, 2024, produced by Apple in this litigation at Bates nos. APL-MUSI_00017794–APL-MUSI_00017800 | 05/19/2025 | 84-6 | 89-96 |
| Excerpts From Exhibit 7 to Declaration of Jennifer A. Golinveaux in Support of Plaintiff Musi Inc.'s Opposition to Motion for Sanctions Brought by Apple Inc.; and Cross Motion for Sanctions Against Apple Inc. - - March 5, 2025 Deposition of Veronica Evan-Karimian | 05/19/2025 | 84-8 | 97-101 |
| Exhibit 8 to Declaration of Jennifer A. Golinveaux in Support of Plaintiff Musi Inc.'s Opposition to Motion for Sanctions Brought by Apple Inc.; and Cross Motion for Sanctions Against Apple Inc.; email sent by Sony Music's Jeff Walker to Apple's Robert Wisdom and Elizabeth Miles on April 11, 2024, and subsequent emails between | 05/19/2025 | 84-9 | 102-107 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Apple's Robert Wisdom, Violet Evan-Karimian, Elizabeth Miles, and Sean Cameron from April 16, 2024, to May 24, 2024, produced by Apple in this litigation at Bates nos. APL-MUS100017952 –APL-MUSI_00017956 | | | |
| Notice of Motion and Motion for Sanctions Pursuant to FED. R. Civ. P. 11 | 05/14/2025 | 83 | 108-110 |
| Memorandum of Points and Authorities in Support of Motion for Sanctions Pursuant to FED. R. Civ. P. 11 | 05/14/2025 | 83-1 | 111-123 |
| Exhibit 3 to Declaration of Jennifer Milici in Support of Motion for Sanctions | 05/14/2025 | 83-5 | 124-129 |
| Excerpts From Exhibit 5 of Declaration of Jennifer Milici in Support of Motion for Sanctions - March 5, 2025 Deposition of Veronica Evan-Karimian | 05/14/2025 | 83-7 | 130-136 |
| Exhibit 7 of Jennifer Milici in Support of Motion for Sanctions;  April 19, 2023 email thread concerning YouTube's complaint against the Musi app, produced by Apple in response to Musi's First Set of Requests for Production of Documents at APL-MUSI_00011450- APL-MUSI_00011455 | 05/14/2025 | 83-9 | 137-143 |
| Excerpts From Exhibit 8 of Declaration of Jennifer Milici in Support of Motion for Sanctions - March 7, 2025 Deposition of Arun Singh | 05/14/2025 | 83-10 | 144-158 |
| Exhibit 14 of Declaration of Jennifer Milici in Support of Motion for Sanctions; March 24, 2021 email thread concerning YouTube's complaint against the Musi app, produced by Musi in response to Apple's First Set of Requests for Production of Documents at MUSI-0000444- MUSI-0000467 | 05/14/2025 | 83-16 | 159-183 |
| Excerpts From Transcript of Proceedings Before the Honorable Eumi K. Lee; April 30, 2025 Hearing on Apple's Motion to Dismiss | 04/30/2025 | 80 | 184-185 |
| Exhibit 2 to Declaration of Jennifer Milici in Support of Motion to Dismiss; April 11, 2024 email from a representative of Sony Music Entertainment to Apple, produced by Apple in response to Musi's First Set of Requests for Production of Documents at APL-MUSI_0018100 | 03/25/2025 | 68-6 | 186-187 |
| Exhibit 3 to Declaration of Jennifer Milici in Support of Motion to Dismiss; April 22, 2021 cease and desist letter from outside counsel for YouTube to outside counsel for Musi, produced by Apple in response to Musi's First Set of Requests for Production of Documents at APL-MUSI_00003778- APL-MUSI_00003780 | 03/25/2025 | 68-7 | 188-191 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Exhibit 4 to Declaration of Jennifer Milici in Support of Motion to Dismiss; September 11, 2024 letter from a representative of the National Music Publishers Association ("NMPA") to Apple, produced by Apple in response to Musi's First Set of Requests for Production of Documents at APL-MUSI_00018094 | 03/25/2025 | 68-8 | 192-197 |
| First Amended Complaint for Breach of the Implied Covenant of Good Faith and Fair Dealing and Breach of Contract | 03/21/2025 | 67 | 198-215 |
| Exhibit C to First Amended Complaint for Breach of the Implied Covenant of Good Faith and Fair Dealing and Breach of Contract; August 8, 2024 email from Apple | 03/21/2025 | 67-4 | 216-223 |
| Exhibit D to First Amended Complaint for Breach of the Implied Covenant of Good Faith and Fair Dealing and Breach of Contract; Musi's August 12, 2024 through September 6, 2024 responses | 03/21/2025 | 67-5 | 224-227 |
| Exhibit E to First Amended Complaint for Breach of the Implied Covenant of Good Faith and Fair Dealing and Breach of Contract; Musi's September 6, 2024 response to YouTube | 03/21/2025 | 67-6 | 228-231 |
| Exhibit F to First Amended Complaint for Breach of the Implied Covenant of Good Faith and Fair Dealing and Breach of Contract; Musi's September 18, 2024 through September 24, 2024 responses | 03/21/2025 | 67-7 | 232-237 |
| Exhibit G to First Amended Complaint for Breach of the Implied Covenant of Good Faith and Fair Dealing and Breach of Contract; September 24, 2024 response | 03/21/2025 | 67-8 | 238-239 |
| Docket Text Order Denying Apple's Request for a Protective Order in Discovery Letter Brief | 03/02/2025 | 59 | 240 |
| Order Denying Motion for Preliminary Injunction | 01/30/2025 | 44 | 241-256 |
| Excerpts From Transcript of Proceedings Before the Honorable Eumi K. Lee; January 9, 2025 Hearing on Musi's Motion for a Preliminary Injunction | 01/09/2025 | 41 | 257-259 |
| Plaintiff Musi Inc.'s Reply in Support of Motion for Preliminary Injunction | 12/06/2024 | 31 | 260-277 |
| Declaration of Aaron Wojnowski in Support of Plaintiff's Reply in Support of Motion for Preliminary Injunction | 12/06/2024 | 31-1 | 278-283 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 3 OF 3** | | | |
| Exhibit 1 to Declaration of Jennifer A. Golinveaux in Support of Plaintiff's Reply in Support of Motion for Preliminary Injunction; May 5, 2021, letter from Winston & Strawn, on behalf of Musi, to YouTube via its outside counsel | 12/06/2024 | 31-13 | 285-288 |
| Defendant Apple Inc.'s Opposition to Musi Inc.'s Motion for a Preliminary Injunction | 11/15/2024 | 30 | 289-318 |
| Exhibit 6 to Declaration of Jennifer Milici in Support of Defendant Apple Inc.'s Opposition to Musi Inc.'s Motion for a Preliminary Injunction; YouTube API Services – Developer Policies, available at https://developers.google.com/youtube/terms/developer-policies (last accessed November 14, 2024) | 11/15/2024 | 30-7 | 319-349 |
| Declaration of Violet Evan-Karimian in Support of Defendant Apple Inc.'s Opposition to Musi Inc.'s Motion for a Preliminary Injunction | 11/15/2024 | 30-8 | 350-354 |
| Exhibit 1 to Declaration of Violet Evan-Karimian in Support of Defendant Apple Inc.'s Opposition to Musi Inc.'s Motion for a Preliminary Injunction; email communications dated October 31, 2023; January 17, 2024; February 27, 2024; April 15, 2024; and May 7, 2024 | 11/15/2024 | 30-9 | 355-427 |
| Plaintiff's Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support | 10/09/2024 | 10 | 428-451 |
| Declaration of Aaron Wojnowski in Support of Plaintiff's Musi Inc.'s Motion for Preliminary Injunction | 10/09/2024 | 10-1 | 452-454 |
| Complaint | 10/02/2024 | 1 | 455-467 |
| Notice of Appeal from a Judgment or Order of a United States District Court | 04/29/2026 | 101 | 468-470 |
| U.S. District Court California Northern District (San Jose) Civil Docket for Case #: 5:24-cv-06920-EKL | | | 471-479 |